United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINDA WEBB,                                No. C-12-06553 DMR

        Plaintiff(s),                **ORDER OF DISMISSAL**

   v.

ONEMAIN FINANCIAL, INC.,

        Defendant(s).
_____/

     The court having been advised that the parties have agreed to arbitrate this case,

     IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **90 days**, with proof of service of a copy thereon to opposing counsel, that the agreed-to arbitration has not commenced, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

     IT IS SO ORDERED.

Dated:  January 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge